MORGAN, LEWIS & BOCKIUS LLP
Brian D. Fahy, Bar No. 266750
brian.fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
J.P. Schreiber, Bar No. 317829
jp.schreiber@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Defendants
GUCCI AMERICA, INC. and
KERING EYEWEAR USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SENDIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUCCI AMERICA, INC., a corporation; KERING EYEWEAR USA, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-1069<br>[Riverside County Superior Court, Case No. CVRI2401710]<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 48113241.2

DEFENDANTS' CORPORATE
DISCLOSURE STATEMENT PURSUANT
TO FED. R. CIV. PROC. 7.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, TO PLAINTIFF ANDRES SENDIS AND TO HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 7.1, Defendants Gucci America, Inc. ("Gucci") and Kering Eyewear USA, Inc. ("Kering Eyewear"), by and through their undersigned counsel of record, submit the following disclosure of corporate interests:

Gucci is a wholly owned subsidiary of Kering Americas, Inc., which is wholly owned by Kering Holland NV, which is wholly owned by Kering SA, which is a French publicly traded corporation (traded on a foreign stock exchange). No parent, subsidiary, or affiliate is traded on a U.S. stock exchange. No other publicly held corporation owns 10% or more of Gucci's stock.

Kering Eyewear is a wholly owned subsidiary of Kering Eyewear SpA, which is a direct subsidiary of Kering Italia SpA, a wholly owned subsidiary of Kering Holland NV. Kering Holland NV is a wholly owned subsidiary of Kering SA, a French publicly traded company (traded on a foreign stock exchange). No parent, subsidiary, or affiliate is traded on a U.S. stock exchange. No other publicly held corporation owns 10% or more of Kering Eyewear's stock.

Dated: May 20, 2024

MORGAN, LEWIS & BOCKIUS LLP

By  /s/Brian D. Fahy
Brian D. Fahy
J.P. Schreiber

Attorneys for Defendants
GUCCI AMERICA, INC. and
KERING EYEWEAR USA, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 48113241.2

2

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1