Molly DeSario (SBN 230763)
Molly.desario@wilshirelawfirm.com
Arsiné Grigoryan (SBN 319517)
arsine.girgoryan@wilshirelawfirm.com
Dorota James (SBN 309933)
dorota.james@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SENDIS, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GUCCI AMERICA, INC., a corporation; KERING EYEWEAR USC, INC., a corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:24-cv-01069-GW-SP <br><br> **NOTICE OF SETTLEMENT** |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT CALIFORNIA:**

Pursuant to Local Rule 40-2, Plaintiff Andres Sendis ("Plaintiff") and Defendant Gucci America, Inc. and Kering Eyewear USA, Inc. ("Defendant") (collectively, "the Parties") have reached a settlement agreement in this matter.

The Parties are currently in the process of finalizing the settlement agreement terms. Plaintiff anticipates filing his Motion for Approval of the Private Attorney's General Act ("PAGA") Settlement within the next three (3) weeks.

Accordingly, the Parties request that the Court vacate all remaining dates currently on its calendar and sets a hearing date on Plaintiff's Motion for Approval of PAGA Settlement on March 24, 2025, or as soon thereafter as the Court's schedule permits.

Dated: January 7, 2025

Respectfully submitted,

**WILSHIRE LAW FIRM**

By: *m. desario*
Molly Desario
Arsiné Grigoryan
Dorota A. James

*Attorneys for Plaintiff*