UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 24-1069-GW-SPx | Date | January 7, 2025 |
|---|---|---|---|
| Title | *Andres Sendis, et al. v. Gucci America, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On January 7, 2025, Plaintiff Andres Sendis filed a Notice of Settlement [32]. The Court vacates all remaining dates currently on its calendar and sets a hearing date on Plaintiff's Motion for Approval of PAGA Settlement on March 24, 2025 at 8:30 a.m.

| | : |
|---|---|
| Initials of Preparer | JG |