JS-6

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SENDIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GUCCI AMERICA, INC., a corporation, KERING EYEWEAR USC, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: EDCV 24-1069-GW-SPx<br><br>[*Assigned to Hon. Fred W. Slaughter, Ctrm. 10D*]<br><br>**ORDER RE DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: March 29, 2024<br>FAC Filed: June 24, 2024<br>Date of Removal: May 20, 2024 |

Case No.: 5:24-cv-01069-GW-SP

1

[PROPOSED] ORDER RE DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)

# COURT ORDER

GOOD CAUSE APPEARING THEREFORE, and based on the Joint Stipulation of the Parties, the COURT HEREBY ORDERS that Plaintiff's class claims be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 23, 2025

_____
HON. GEORGE H. WU,
United States District Judge

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137